UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL PATRICK KELLY,

      Plaintiff,

v.

GILA, LLC, a Texas limited liability company,
d/b/a MUNICIPAL SERVICES BUREAU and
EXPERIAN INFORMATION SOLUTIONS, INC.,
A foreign corporation, jointly and severally,

      Defendants.

Case No.: 2:11-cv-13672
Hon. Robert H. Cleland

---

GARY D. NITZKIN (P41155)
MICHIGAN CONSUMER CREDIT LAWYERS
Attorneys for Plaintiff
22142 West Nine Mile Rd.
Southfield, MI 48033
(248) 353-2882
Fax: (248) 353-4840
gary@micreditlawyer.com

CHARITY A. OLSON (P68295)
OLSON LAW GROUP
Attorneys for Gila
106 E. Liberty, Suite 206
Ann Arbor, MI 48104
734-222-5179
Fax: 866-941-8712
colson@olsonlawpc.com

TAMARA E. FRASER (P51997)
FRANK HARON WEINER AND
NAVARRO PLC
Attorneys for Experian
5435 Corporate Drive, Suite 225
Troy, MI 48098
248-952-0400
tfraser@fhwnlaw.com

---

**<u>STIPULATION OF DISMISSAL</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties,

through their respective counsel, stipulate to the dismissal of Plaintiff's claims as to Gila, LLC

d/b/a Municipal Services Bureau, only, with prejudice and without fees or costs to either party.

*Stipulated and Agreed:*

/s/ Gary D. Nitzkin
GARY D. NITZKIN (P41155)
Counsel for Plaintiff

/s/ Charity A. Olson
CHARITY A. OLSON (P68295)
Counsel for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL PATRICK KELLY,

               Plaintiff,

v.

GILA, LLC, a Texas limited liability company,
d/b/a MUNICIPAL SERVICES BUREAU and
EXPERIAN INFORMATION SOLUTIONS, INC.,
A foreign corporation, jointly and severally,

               Defendants.

Case No.: 2:11-cv-13672
Hon. Robert H. Cleland

| | |
|---|---|
| GARY D. NITZKIN (P41155) | CHARITY A. OLSON (P68295) |
| MICHIGAN CONSUMER CREDIT LAWYERS | OLSON LAW GROUP |
| Attorneys for Plaintiff | Attorneys for Gila |
| 22142 West Nine Mile Rd. | 106 E. Liberty, Suite 206 |
| Southfield, MI 48033 | Ann Arbor, MI 48104 |
| (248) 353-2882 | 734-222-5179 |
| Fax: (248) 353-4840 | Fax: 866-941-8712 |
| gary@micreditlawyer.com | colson@olsonlawpc.com |
| | |
| | TAMARA E. FRASER (P51997) |
| | FRANK HARON WEINER AND |
| | NAVARRO PLC |
| | Attorneys for Experian |
| | 5435 Corporate Drive, Suite 225 |
| | Troy, MI 48098 |
| | 248-952-0400 |
| | tfraser@fhwnlaw.com |

## ORDER OF DISMISSAL

      The Court having reviewed the parties' Stipulation of Dismissal and finding good cause

shown;

      **IT IS HEREBY ORDERED** that Plaintiff's claims as to Gila, LLC d/b/a Municipal

Services Bureau, only, are dismissed with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

DEC – 9 2011

Hon. Robert H. Cleland